ORIGINAL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Minneapolis Lathers, Plasters and Tenders Welfare Plan,<br><br>Plaintiff,<br><br>v.<br><br>Huseby Drywall & Stucco, Inc.,<br><br>Defendant. | **Stipulation and Order**<br><br>**Court File No:** 00-CV-2389 PAM/SRN |

The above named parties by and through their respective attorneys, Pamela Nissen, Esq. for the Plaintiff and Kenneth M. Wasche, Esq. for the defendnat hereby agree to grant to the defendant a forty-five (45) day extension in which to provide an answer to the complaint of the plaintiff herein. The defendant shall be required to serve an answer to the plaintiff's complaint by January 14, 2001. The defendant shall file its answer to the plaintiff's complaint with the Court within 10 days of service of the answer.

Dated: 12/29/00

By: [signature]
Pamela Nissen
Attorney for Plaintiff
800 Nicollet Mall
Suite 2600
Minneapolis, MN 55402-7035
Attorney ID #259810

Dated: 12/22/00

By: [signature]
Kenneth M. Wasche
Attorney for Defendant
14735 Hwy 65 NE
Suite 300
Ham Lake, MN 55304-6113

Attorney ID #256432

The foregoing stipulation is hereby approved.

**IT IS SO ORDERED.**

Dated: 1/5/01

By: ______________________
Honorable Judge of the District Court