UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MINNEAPOLIS LATHERS, PLASTERERS AND TENDERS WELFARE PLAN,

Plaintiff,

vs.

HUSEBY DRYWALL & STUCCO, INC.,

Defendant.

Civil File No. 00-2389 PAM/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Pursuant to Fed.R.Civ.P. 41(a), the Plaintiff and the Defendant in the above-captioned matter, by and through their respective counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice, with each party to bear its own costs.

Dated: March 6, 2001

MGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela H. Nissen
Atty Reg. No. 259810
800 Nicollet Mall
Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

Attorneys for Plaintiff

FILED MAR 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 3/6, 2001

KENNETH M. WASCHE, P.A.

By ______________________

Kenneth M. Wasche
Atty Reg. No. (256432)
14735 Highway 65 NE
Suite 300
Ham Lake, MN 55304
Telephone: (763) 413-1223

Attorneys for Defendant

## ORDER

Pursuant to the Stipulation of the parties, this matter is hereby dism ssed with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

Date: March 12, 2001

Paul A. Magnuson
Judge of District Court